# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**EDWARD TOBIN,**
*Plaintiff*

V.

**SAMSUNG ELECTRONICS AMERICA, INC.,**
*Defendant*

**SUMMONS IN A CIVIL CASE**

CASE
NUMBER: **2:18−CV−12473−JLL−SCM**

TO: *(Name and address of Defendant):*

Samsung Electronics America, Inc.
85 Challenger Rd.
Ridgefield Park, NJ 07660

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bursor & Fisher, P.A.
888 7th Avenue, 3rd Floor
New York, NY 10106
aleslie@bursor.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**
CLERK



**ISSUED ON 2018−08−07 10:11:17,** Clerk
USDC NJD

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE  August 14, 2018 |
| NAME OF SERVER *(PRINT)*  Lindsey Neuberger | TITLE  Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: Sattie Jairam, Registered Agent

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify) : _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL  $ 0 | SERVICES  $ 0 | TOTAL  $ 0 |
|---|---|---|

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on      8/14/18
                    Date

_____
Signature of Server

Bursor & Fisher  888, 7th Avenue
Address of Server     New York, NY 10019