Michael R. McDonald, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone:  (973) 596-4500
Facsimile:  (973) 596-0545

Kenneth L. Chernof, Esq.
(*pro hac vice* application to be filed)
**ARNOLD & PORTER KAYE SCHOLER LLP**
555 Twelfth Street, NW
Washington, DC  20004-1206
Telephone:  (202) 942-5000

*Attorneys for Defendant*
*Samsung Electronics America, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD TOBIN, individually and on behalf of all others similarly situated,<br><br>                     Plaintiff,<br><br>             v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>                     Defendants. | Civil Action No.  18-cv-12473 (JLL) (SCM)<br><br>*Document electronically filed*<br><br>**STIPULATION AND CONSENT ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT** |

This matter having been brought before the Court on application pursuant to Local Civil Rule 6.1 for an extension of time to answer or otherwise respond to the Complaint by Defendant Samsung Electronics America, Inc., by and through its counsel Gibbons P.C. and Arnold & Porter Kaye Scholer LLP, and Plaintiff, Edward Tobin, individually and on behalf of all others similarly situated, by and through his counsel Bursor & Fisher, P.A., having **STIPULATED** and **AGREED** to the request for such an extension of time for 30 days, and it appearing that service of process was effected on or about August 14, 2018, and no other extensions have been

previously obtained, and good cause appearing for the entry of an Order extending the time in which Defendant may answer, move or otherwise respond as to the Complaint, the parties agree that Defendant's answer or other response to the Complaint shall be due on October 4, 2018.

Dated: September 4, 2018                                              Dated: September 4, 2018

By: s/ Michael R. McDonald                                     By: s/ Andrew Obergfell
    Michael R. McDonald, Esq.                                       Andrew Obergfell, Esq.
    **GIBBONS P.C.**                                                              **BURSOR & FISHER, P.A.**
    One Gateway Center                                                 888 Seventh Ave.
    Newark, New Jersey 07102-5310                          New York, NY 10019
    Telephone:  (973) 596-4913                                     Telephone:  646-837-7103
    mmcdonald@gibbonslaw.com                                 aobergfell@bursor.com

    Kenneth L. Chernof, Esq.                                           *Attorneys for Plaintiff*
    (*pro hac vice* application to be filed)
    **ARNOLD & PORTER KAYE**
     **SCHOLER LLP**
    555 Twelfth Street, NW
    Washington, DC  20004-1206
    Telephone:  (202) 942-5000

*Attorneys for Defendant*
*Samsung Electronics America, Inc.*

Dated: September __, 2018

So Ordered: _____
                  Honorable Steven C. Mannion, U.S.M.J.