Andrew J. Obergfell
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY  10019
Telephone:  (646) 837-7150
Facsimile:  (212) 989-9163
E-mail: aobergfell@bursor.com

*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD TOBIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | Civil Action No. 2:18-cv-12473-JLL-SCM |

### STIPULATION AND CONSENT ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiff Edward Tobin ("Plaintiff") and Defendant Samsung Electronics America, Inc. ("Defendant"), by and through their undersigned counsel, stipulate and agree as follows:

The Complaint in this lawsuit was filed on August 6, 2018.  Defendant was served with process on or around August 14, 2018.

Following a stipulated extension of the time for Defendant to move or answer (Dkt. No. 5), Defendant filed a motion to dismiss the Complaint on October 4, 2018, supported by a 40-page memorandum of law. Per the Local Rules of this District, Plaintiff's opposition is due on October 22, 2018.

Given the factual and legal issues presented, Plaintiff requests a 3-week extension of time to respond to Defendant's motion, from October 22, 2018 to November 5, 2018. This is Plaintiff's first request for an extension in this action, which Defendant does not oppose on the condition that a corresponding extension is applied to the due date for its reply brief.

There has been one prior extension of time in this matter. On September 4, 2018, the parties' stipulated for a 30-day extension of time for Defendant to respond to Plaintiffs' Complaint. *See* Dkt. No. 5.

Accordingly, the parties respectfully request that the Court so order the following agreed-upon extensions:

(1) Plaintiff's deadline to respond to Defendant's motion to dismiss shall be extended to November ~~12~~ 5, 2018;

(2) Defendant's reply in support of its motion to dismiss shall be extended to ~~December 10~~ November 13, 2018; and

(3) The motion return date for Defendant's motion to dismiss shall be extended to ~~December 17~~ November 19, 2018.

DATED: October 9, 2018

| BURSOR & FISHER, P.A. | ARNOLD & PORTER KAYE SCHOLLER LLP |
|---|---|
| By: *s/ Andrew J. Obergfell* <br> Andrew J. Obergfell <br> (#157962015) <br> aobergfell@bursor.com <br> Telephone: 646.837.7150 <br><br> *Attorneys for Plaintiff* | By: *s/ Kenneth L. Chernof* <br> Kenneth L. Chernof <br> (*Pro Hac Vice*) <br> ken.chernof@arnoldporter.com <br> Telephone: 202.942.5000 <br><br> *Attorneys for Defendant* |

SO ORDERED: _____

DATED: 10/10/2018

-3-