

**Paul J. Fishman**
+1 973.776.1901 Direct
Paul.Fishman@arnoldporter.com

September 13, 2019

**VIA CM/ECF**

Hon. Steven C. Mannion
United States Magistrate Judge
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, NJ 07101

> Re: *Tobin v. Samsung Electronics America, Inc.*, Civil Action No. 2:18-cv-12473-KM-SCM (D.N.J.); September 23, 2019 Conference

Dear Judge Mannion:

Pursuant to the Court's July 8, 2019 Supplemental Scheduling Order, we respectfully submit this joint letter on behalf of plaintiff Edward Tobin and defendant Samsung Electronics America, Inc. ("SEA") in advance of the telephone conference scheduled for September 23, 2019 at 11:30 a.m.

1. **Mediation**

Following the status call held on July 8, 2019, the parties agreed to attempt to resolve this case through mediation. The mediation was held in New York on September 10, 2019 before Jill Sperber at Arnold & Porter's New York office. The mediation was unsuccessful.

2. **Discovery**

The parties are engaged in discovery.

**3. Next Status Conference**

The parties request that the Court set the next status conference on a date and time of its choice, but suggest the week of November 18, 2019.

\*   \*   \*

We thank the Court for its attention to this matter.

Respectfully submitted,

 /s/ *Paul Fishman*
Paul J. Fishman

cc: Counsel for Plaintiff (by CM/ECF)