UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD TOBIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | Civil Action No. 2:18-cv-12473 (KM) (SCM) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of this action with prejudice, with both parties to bear their own costs.

/s/ Kenneth L. Chernof

Kenneth L. Chernof
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001

*Attorney for Defendant*

/s/ Joshua D. Arisohn

Joshua D. Arisohn
BURSOR & FISHER, P.A.
888 Seventh Avenue, 3rd Floor
New York, New York 10019

*Attorney for Plaintiff*

SO ORDERED

Kevin McNulty, U.S.D.J.

Date: NOV- 13, 2019